IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01043-CMA-KLM

PAUL ROMERO,

     Plaintiff,

v.

DENVER PUBLIC SCHOOLS, DISTRICT NO. 1, a Colorado School District,
DEBRA RODRIGUEZ, in her individual and official capacities,
SCOTT BARNES, in his individual and official capacities,
BRITTANY DEW, an individual, and
FRED MARTINEZ, an individual,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Defendants' Unopposed Motion to Amend Scheduling Order** [Docket No. 21; Filed September 24, 2009] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The new deposition schedule proposed by Defendant is approved.  Given that the Scheduling Order noted that the deposition schedule was "subject to change by mutual agreement of the parties" [Docket No. 19], no future motions to reset the deposition schedule are necessary unless the deposition dates fall outside the discovery deadline.

Dated:  September 30, 2009