IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01043-CMA-KLM

PAUL ROMERO,

      Plaintiff,

v.

DENVER PUBLIC SCHOOLS, DISTRICT NO. 1, a Colorado School District,
DEBRA RODRIGUEZ, in her individual and official capacities,
SCOTT BARNES, in his individual and official capacities,
BRITTANY DEW, an individual, and
FRED MARTINEZ, an individual,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 35; Filed January 22, 2010] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**, due to a conflict between ¶ 1 and ¶ 3 of the proposed Protective Order.  Any proposed Protective Order shall specify whether it applies only to "income tax return documents and medical documents of any party" or to "trade secrets, research and development, etc." or all of the above.

Dated:  January 26, 2010